UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                      )
                                            )
WILDWOOD INDUSTRIES, INC.,                  )   No. 09-70602
                                            )
                                            )
        Debtor.                             )

**TRUSTEE'S AMENDED REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

NOW COMES Alex D. Moglia, Trustee ("Trustee"), and pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On March 5, 2009, an Involuntary Chapter 11 was filed against the Debtor. Trustee was subsequently appointed and qualified, and continues to serve as Trustee in this case.

2. On or about February 28, 2018, after approval of Trustee's Final Report and Applications for Compensation by the Court, Trustee sent checks by U.S. Mail to all claimants holding allowed claims herein as set forth fully in the Trustee's Final Report.

3. On July 16, 2018, Trustee filed a Deposit of Unclaimed funds but before the check could be submitted to the Clerk, various claimants contacted the Trustee with corrected addresses.

4. The Trustee was able to locate five additional claimants and said checks were issued and cashed by those claimants.

5. The following claimants cannot be located and the checks sent have either been voided or stop payments have been issued:

| Claim | Claimant | Address | Check Amount |
|---|---|---|---|
| 8 | WORKFLOW ONE | 220 E Monument Avenue Dayton, OH 45402 | $80.04 |
| 113 | SERV-U-CLEAN LTD | 5-207 EDGELEY BLVD CONCORD, ONT L4K 4B5 CANADA | $8.62 |
| 179 | USF Holland, Inc. | c/o Frantz Ward, LLP, ATTN: John F. Kostelnik, Esq., 2500 Key Center, 127 Public Square Cleveland, OH 44114 | $49.18 |

| | | | |
|---|---|---|---|
| 180 | YRC, Inc., f/k/a Roadway Express, Inc. | c/o Frantz Ward LLP,ATTN: John F. Kostelnik, Esq.,2500 Key Center, 127 Public Square<br>Cleveland, OH  44114 | $197.14 |
| 181 | YRC Inc., successor to Yellow Trans., Inc. | c/o Frantz Ward LLP,ATTN: John F. Kostelnik, Esq.,2500 Key Center, 127 Public Square<br>Cleveland, OH  44114 | $434.75 |
| 193 | National Casein Company, Inc | c/o RMS Bankruptcy Recovery Services<br>4200 Cantera Dr #211<br>Warrenville, IL 60555 | $160.69 |
| 200 | EFS TRANSPORTATION SERVICES INC | 2525 HORIZON LAKE DR #120<br>Memphis, TN 38133 | $124.76 |
| 213 | AVERO PACKAGING CORPORATION | 26735 W COMMERCE DRIVE<br>Volo, IL  60073 | $395.88 |
| 241 | Sara Lee Household & Body Care | 707 Eagleview Blvd.<br>Exton, PA 19341 | $1,493.29 |
| 271 | Andrew Walker | c/o Richard M. Manzella<br>Attorney at Law<br>117 N. Center St.<br>Bloomington, IL  61701 | $166.12 |
| 272 | Darius Rogers | c/o Richard M. Manzella<br>Attorney at Law<br>117 N. Center St.<br>Bloomington, IL  61701 | $30.66 |
| 273 | Farick Cale | c/o Richard M. Manzella<br>Attorney at Law<br>117 N. Center St.<br>Bloomington, IL  61701 | $38.63 |
| 310-2 | GREYSTONE BANK | C/O JEFF KASSING<br>8144 WALNUT HILL LANE, SUITE 900<br>Dallas, TX 75231 | $3,742.79 |
| 336 | UNITED PARCEL SERVICE | c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, MD 21094 | $83.62 |
| 101 | FRANCISCO ALFARO | 1212 BLACKSTONE ST APT 1<br>Bloomington, IL 61701 | $815.51 |
| 219 | M LYNN CARTER | 227 ROBINHOOD LANE, APT 4<br>Bloomington, IL  61701 | $1,537.10 |
| 100 | MARIA MONTOYA | 1212 BLACKSTONE ST APT 1<br>Bloomington, IL  61701 | $1,047.87 |
| 139 | OSCAR PRADO | 1617 GAMMA STREET<br>Bloomington, IL  61701 | $553.58 |
| | | **TOTAL** | **$10,960.23** |

6. In view of the foregoing, Trustee has stopped payment or voided all checks and reissued the check to the Clerk of the Bankruptcy and has herewith deposited the unclaimed funds with the Clerk of this Court pursuant to §347 of the Bankruptcy Code.

/s/ Alex D. Moglia
ALEX D. MOGLIA
Chapter 7 Trustee
1325 Remington Road, Suite H
Schaumburg, IL 60173
Telephone: 847/884-8282

## CERTIFICATE OF SERVICE

I certify that on April 4, 2019, at 5:00 p.m., I deposited a copy of the foregoing in a U.S. Post Office box at 651 Mall Drive, Schaumburg, IL 60173, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

| Claimant | Address |
|---|---|
| WORKFLOW ONE | 220 E Monument Avenue<br>Dayton, OH 45402 |
| SERV-U-CLEAN LTD | 5-207 EDGELEY BLVD<br>CONCORD, ONT L4K 4B5 CANADA |
| USF Holland, Inc. | c/o Frantz Ward, LLP, ATTN: John F. Kostelnik, Esq., 2500 Key Center, 127 Public Square<br>Cleveland, OH 44114 |
| YRC, Inc., f/k/a Roadway Express, Inc. | c/o Frantz Ward LLP, ATTN: John F. Kostelnik, Esq., 2500 Key Center, 127 Public Square<br>Cleveland, OH 44114 |
| YRC Inc., successor to Yellow Trans., Inc. | c/o Frantz Ward LLP, ATTN: John F. Kostelnik, Esq., 2500 Key Center, 127 Public Square<br>Cleveland, OH 44114 |
| National Casein Company, Inc | c/o RMS Bankruptcy Recovery Services<br>4200 Cantera Dr #211<br>Warrenville, IL 60555 |
| EFS TRANSPORTATION SERVICES INC | 2525 HORIZON LAKE DR #120<br>Memphis, TN 38133 |
| AVERO PACKAGING CORPORATION | 26735 W COMMERCE DRIVE<br>Volo, IL 60073 |
| Sara Lee Household & Body Care | 707 Eagleview Blvd.<br>Exton, PA 19341 |
| Andrew Walker | c/o Richard M. Manzella<br>Attorney at Law<br>117 N. Center St.<br>Bloomington, IL 61701 |
| Darius Rogers | c/o Richard M. Manzella<br>Attorney at Law<br>117 N. Center St.<br>Bloomington, IL 61701 |
| Farick Cale | c/o Richard M. Manzella<br>Attorney at Law<br>117 N. Center St.<br>Bloomington, IL 61701 |
| GREYSTONE BANK | C/O JEFF KASSING<br>8144 WALNUT HILL LANE, SUITE 900<br>Dallas, TX 75231 |

| UNITED PARCEL SERVICE | c/o RMS Bankruptcy Recovery Services P.O. Box 4396 Timonium, MD 21094 |
|---|---|
|  | 1212 BLACKSTONE ST APT 1 Bloomington, IL 61701 |
| FRANCISCO ALFARO | 227 ROBINHOOD LANE, APT 4 Bloomington, IL 61701 |
| M LYNN CARTER | 1212 BLACKSTONE ST APT 1 Bloomington, IL 61701 |
| MARIA MONTOYA | 1617 GAMMA STREET Bloomington, IL 61701 |
| OSCAR PRADO | 220 E Monument Avenue Dayton, OH 45402 |

/s/ Alex D. Moglia

Chapter 7 Trustee